DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH D. GILBERTI, JR.,

Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION and 72 PARTNERS, LLC,

Appellees.

No. 2D2025-0315

_____

February 25, 2026

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Joseph D. Gilberti, Jr., pro se.

No appearance for Appellees.

ORDER RESTRICTING APPELLANT FROM FUTURE PRO SE FILINGS

PER CURIAM.

On December 10, 2025, this court issued an order to show cause detailing Appellant's initiation of twenty-nine proceedings. The order directed Appellant to show cause why this court should not direct the clerk of this court to reject any pleadings from Appellant unless the filing is related to a pending proceeding or submitted by a licensed Florida attorney. *See State v. Spencer*, 751 So. 2d 47, 48–49 (Fla. 1999).

Appellant did not file a timely response to our order. Accordingly, we direct the clerk of this court to place in an inactive file any pro se notices of appeal or petitions filed by Appellant unless the filing is signed by a member in good standing of The Florida Bar. *See id.*

KELLY, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.